Wayne T. Evans
3262 N. Garey Ave. # 193
Pomona, Ca 91767
949-291-2461
wtevans61@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

WAYNE T. EVANS

Plaintiff,

v.

SPRINGLEAF FINANCIAL SERVICES ET...AL, DOES 1-200, inclusive

Defendants.

Case No: ED CV16-01259 JGB (DTBx)

COMPLAINT

DEMAND FOR JURY TRIAL

---

Plaintiff, Wayne T. Evans alleges as follows:

The Parties

1. At all times hereinafter mentioned, plaintiff is and was a resident of Pomona, California.

2. Defendant, Springleaf Financial Services is a corporation incorporated under the laws of Delaware Corporation and having a main office at 306 N.W. 2nd St. Evansville IN. 47708

3. Defendant, Springleaf Financial Service, is registered with the California Secretary of State as a Delaware Corporation doing business in California and has designated a registered agent: C T CORPORATION SYSTEM

1

818 West Seventh St Ste. 930, Los Angeles CA 90017.

Jurisdiction

4. The Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681 et seq., the "Fair Credit Reporting Act (FCRA) and 15 U.S.C. §§ 1692-1692p, the "Fair Debt Collection Practices Act."

Defendant's Statutory Violations

5. The Defendant is reporting derogatory information about Plaintiff to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. § 1681a.

6. Plaintiff has disputed the accuracy of the derogatory information reported by the Defendant to the Consumer Reporting Agency Experian on four separate occasions via certified mail. See attachments.

7. Defendant has not responded to Plaintiff's four letters of dispute by providing evidence of the alleged debt to Plaintiff nor to the Consumer Reporting Agency Experian.

8. Defendant has not provided notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. § 1681s-2 which requires this notice.

9. Defendant has failed to comply with 15 U.S.C. § 1692g in that it has not within five days of Plaintiff's initial communication (nor at any other time) sent Plaintiff written documentation of the amount of the debt, the name of the original creditor nor other information required by the Fair Credit Reporting Act.

10. Defendant has failed to complete an investigation of Plaintiff's written dispute and provide the results

of an investigation to Plaintiff within the 30-day period as required by 15 U.S.C. § 1681s-2.

11. Defendant has not notified Plaintiff of any determination that Plaintiff's dispute is frivolous within the five days required by 15 U.S.C. § 1681s-2, nor at any other time.

Prayer for Relief

12. WHEREFORE,

Plaintiff seeks a reasonable and fair judgment against defendant for willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

$1,000 for actual damages

$50,000 in punitive damages

Permanent injunction against the Defendant from reporting derogatory information about Plaintiff to Consumer Reporting Agencies (credit bureaus)

Permanent injunction against Defendant for selling this alleged debt to any other party

Any further relief which the court may deem appropriate.

Respectfully Submitted,

Wayne T. Evans

Plaintiff, Pro Se

3262 N. Garey Ave. # 193

Pomona, California 91767

(949) 291-2461

email address
wevans61@yahoo.com

Dated: June 7, 2016

Wayne T. Evans
Pro Se

## PROOF OF SERVICE BY MAIL

I, Jeffrey Antes, declare as follows:

I am over eighteen (18) years of age and not a party to the within action. My business address is 1520 S. Highland Ave Apt B Fullerton, CA 92832. I served a copy of the attached **Complaint** to each of the following, by placing a true copy thereof in a sealed envelope with postage fully prepaid, in the United States mail at Fullerton, California, addressed as follows:

C T Corporation System, Inc.
818 West Seventh St Ste. 930
Los Angeles CA 90017
Tel:
Fax:

Each said envelope was then, on June 7, 2016, sealed and deposited in the United States mail at Fullerton, California, in the County of Orange in which I am employed. I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed this 7th day of June 2016 at Fullerton, California.

Jeffrey Antes

4