FILED

Wayne T. Evans
3262 N. Garey Ave. # 193
Pomona, Ca 91767
949-291-2461
Wevans61@yahoo.com

2017 MAY 16  PM 12: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____ _____

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE T. EVANS<br><br>Plaintiff,<br><br>v.<br><br>SPRINGLEAF FINANCIAL SERVICES ET…AL, DOES 1-100, inclusive<br><br>Defendants. | Case No. ED CV 16-01259 (JGB) (DTBx)<br>Hon. Otis D. Fitzgerald Wright II<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SPRINGLEAF FINACIAL SERVICES**<br><br>Complaint filed: JANUARY 20, 2017 |

1

Dismissed with Prejudice

1  IT IS HEREBY STIPULATED by and between Plaintiff Wayne T. Evans
2  ("Plaintiff") and Defendant SpringLeaf Financial Services. ("SpringLeaf") that
3  Plaintiff's claims against SpringLeaf in the above-captioned action be and
4  hereby are dismissed <u>with prejudice</u> pursuant to Rule 41(a)(1)(A)(ii) of the
5  Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees
6  and costs incurred herein.

Dated :16, 2017

                                    Wayne T. Evans
                                    Pro Se

# PROOF OF SERVICE BY MAIL

I, Jeffrey Antes, declare as follows:

I am over eighteen (18) years of age and not a party to the within the action. My business address is 1520 S. Highland Ave Apt B Fullerton, CA 92832. I served a copy of the attached Respondent

**DISMISSED WITH PREJUDICE** each of the following, by placing a true copy thereof in a sealed envelope with postage fully prepaid, in the United States mail at Fullerton, California, addressed as follows:

C T Corporation System, Inc.
818 West Seventh St Ste. 930
Los Angeles CA 90017

Each said envelope was then, on January 19, 2017, sealed and deposited in the United States mail at Fullerton, California, in the County of Orange in which I am employed. I declare, under penalty of perjury of the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed this 19th day of January 2017 at Fullerton, California.

_____
Jeffrey Antes